THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLF NIEUWEJAAR AND GERD NIEUWEJAAR, husband and wife,<br><br>      Plaintiffs,<br><br> v.<br><br>BANK OF AMERICA, N.A., RECONTRUST COMPANY, N.A., BAC HOME LOANS SERVICING, LP, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., LS TITLE OF WASHINGTON, US BANK, NA AS TRUSTEE ON BEHALF OF THE S-ARM 2006-12 TRUST, DOES 1-XX, inclusive, and NATIONSTAR MORTGAGE, LLC,<br><br>      Defendants. | Case No.  2:14-cv-00302-JCC<br><br>**[PROPOSED]**<br>**ORDER GRANTING DEFENDANT NATIONSTAR MORTGAGE, LLC'S MOTION TO DISMISS** |

THIS MATTER having come before the Court on Defendant Nationstar Mortgage LLC's Motion to Dismiss (the "Motion"), all parties having received notice of and an opportunity to respond to the Motion, the Court having reviewed all pleadings filed by all parties related to the Motion, and the Court having reviewed the pleadings and papers on file herein, it is hereby ORDERED that:

  Defendant Nationstar Mortgage LLC's Motion to Dismiss is GRANTED; and

  Plaintiffs' claims against Defendant Nationstar Mortgage LLC are DISMISSED WITH PREJUDICE.

[PROPOSED] ORDER GRANTING
NATIONSTAR'S MOTION TO DISMISS - 1
CASE NO. 2:14-cv-00302-JCC

128018.0009/5957898.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

SO ORDERED this _____ day of _____, 2014.

_____
HONORABLE JOHN C. COUGHENOUR

Presented By:

LANE POWELL PC

By: */s/ Andrew G. Yates*
Andrew G. Yates, WSBA No. 34239
Kristin Beneski, WSBA No. 45478
Attorneys for Defendant Nationstar Mortgage LLC

[PROPOSED] ORDER GRANTING
NATIONSTAR'S MOTION TO DISMISS - 2
CASE NO. 2:14-cv-00302-JCC
128018.0009/5957898.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107